NO. 16-16486-E

# In the United States Court of Appeals For the Eleventh Circuit

DAVID S. MURANSKY,
individually and on behalf of all others similarly situated,

Plaintiff – Appellee,

JAMES H. PRICE, ERIC ALAN ISAACSON,

Interested Parties – Appellants,

versus

GODIVA CHOCOLATIER, INC., a New Jersey corporation,

Defendant – Appellee.

**On Appeal from the United States District Court for the Southern District of Florida, No. 0:15-cv-60716-WPD**

**APPELLANT'S UNOPPOSED MOTION FOR A FOURTEEN (14)-DAY EXTENSION OF TIME TO FILE HIS OPENING BRIEF**

W. Allen McDonald, Esq.
LACY, PRICE, & WAGNER, P.C.
249 N. Peters Road, Suite 101
Knoxville, TN 379234917
Tel: 865-246-0800

*Counsel for James H. Price*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, counsel for Appellant James H. Price hereby certifies that the following persons[1] and entities have or may have an interest in the outcome of this case:

1.  American Express Company (AXP) – Third Party Seeking Payment of Discovery Expenses.

2.  Bowman and Brooke LLP – Counsel for Defendant.

3.  Patrick Christopher Crotty – Counsel for Plaintiff.

4.  John William Davis – Counsel for Objecting Class Member Eric A. Isaacson.

5.  Law Office of John W. Davis – Counsel for Objecting Class Member Eric A. Isaacson.

6.  Honorable William P. Dimitrouleas – District Court Judge.

7.  Jonathan Samuel Feldman – Objecting Class Member, pro se.

8.  Charles Philip Flick – Counsel for Defendant.

9.  Dykema Gossett PLLC – Counsel for Defendant.

10. Cindy L. Hager – Objecting Class Member, pro se.

11. Michael Hilicki – Counsel for Plaintiff.

12. Michael Aaron Holt – Counsel for American Express Company.

13. Eric A. Isaacson – Objecting Class Member.

---

[1]This list does not include the more than 65,000 persons who filed claims and whose rights will be effected by the Court's decision in this case.

14. Shawn Y. Libman – Counsel for Defendant.

15. Bret Leon Lusskin, Jr – Counsel for Plaintiff.

16. Bret Lusskin, P.A. – Counsel for Plaintiff.

17. W Allen McDonald – Counsel for Objecting Class Member/Appellant James H. Price.

18. Brian Melendez – Counsel for Defendant.

19. C. Benjamin Nutley – Counsel for Objecting Class Member Eric A. Isaacson.

20. James H. Price – Objecting Class Member/Appellant.

21. Scott David Owens – Counsel for Plaintiff.

22. The Law Office of Scott D. Owens – Counsel for Plaintiff.

23. Seipp, Flick & Hosley, LLP – Counsel for Defendant (now merged with Bowman and Brooke).

24. Honorable District Court Magistrate Lurana S. Snow.

## UNOPPOSED MOTION FOR A FOURTEEN (14)-DAY EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

**COME NOW** the Appellant, James H. Price ("Price"), and his counsel, and pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure, 11th Cir. R. 27-1(a)(5), and 11th Cir. R. 31-2(a)(5), respectfully request a 14-day extension of time to file Price's Opening Brief, making the proposed due date for Price's Opening Brief December 5, 2016.[2]

In support of this Motion, Price and his counsel state the following:

1. This is an appeal by Price, an objecting class member, from the District Court's final approval of a class action settlement and award of attorney's fees. The appeal was docketed on October 11, 2016.

2. An appeal by a second objector to the settlement, Eric Alan Isaacson ("Isaacson"), No. 16-16783, was docketed by this Court on October 26, 2016 and identified as a "multi-cross appeal."

3. On October 19, 2016, this Court notified Price that his appeal had been docketed, of his obligation to file case opening documents, and that his Opening Brief is due within forty (40) days of October 11, 2016 (November 20,

---

[2]This is Price's first request for an extension. Pursuant to 11th Cir. R. 31-2(c), Price's request is filed at least seven days in advance of the due date for filing his Opening Brief, as that brief is due on Monday, November 21, 2016.

2016).³ On October 31, 2016, the Court also notified Isaacson that his appeal had been docketed, of his obligation to file case-opening documents, and that his Opening Brief is due within forty (40) days of October 26, 2016 (December 5, 2016).

4.    Price timely completed and filed all of the case-opening documents required by the Court, including the Civil Appeal Statement, listing, among other things, issues that Price proposes to raise in his appeal. There are, to be sure, certain issues proposed by Price that overlap issues also proposed by Isaacson.

5.    Meanwhile, on October 17, 2016, Plaintiff-Appellee Muransky moved the District Court to require Price (and later, Isaacson, as well) to post an appeal bond. [District Court Doc. 102]. On the following day, that motion was referred to the Magistrate Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, for appropriate disposition or report and recommendation. [District Court Doc. 103]. For approximately two weeks, Price's counsel was thus compelled to exhaust a substantial amount of time to defend Appellee's bond motion instead of working on the Opening Brief in this appeal.

6.    Price responded in opposition to the bond motion on November 3, 2016. [District Court Doc. 109]. Briefing is ongoing before the Magistrate Judge,

---

³Because November 20, 2016 is a Sunday, Price's Opening Brief is not due until Monday, November 21, 2016. *See* Rule 26(a)(1)(C) of the Federal Rules of Appellate Procedure.

as Plaintiff sought and received, without opposition, additional time (until December 1, 2016), to reply to Price's response. [District Court Docs. 111-113].

7. In addition to briefing the bond issue, the day after Price's counsel filed his opposition to the bond motion in the District Court, on November 4, 2016, this Court notified Price that a question exists as to whether Price has standing to appeal the District Court's judgment in this case. Price was given fourteen (14) days from that date – until November 18, 2016 – to respond and demonstrate why his appeal should not be dismissed for lack of jurisdiction. The date of that notice was subsequently corrected on November 7, 2016 to reflect that Price had until November 21, 2016 to respond.

8. Thus, although Price's Opening Brief is currently due on November 21, 2016, he must also respond to the Court's November 7, 2016 notice by that date as well. These dual deadlines have taken a substantial amount of Price's counsel's time, and have necessarily precluded him from being in a position to complete the Opening Brief in a timely manner.

9. Price's appeal also raises at least two issues that appear to be of first impression in this Circuit and on which there is a split among the federal circuits, *i.e.*, whether Class members were provided sufficient information to object to Class Counsel's fee request under Rule 23(h) [District Court Doc. 61, at pp. 10-14], and whether *Perdue v. Kenny A.*, 559 U.S. 542, 552 (2010), requiring the Court strongly presume Class Counsel's fee should be limited to their lodestar applies.

[District Court Doc. 61, at pp. 17-18].  It is, therefore, imperative that Price present an Opening Brief that sufficiently addresses these (and other issues).

10.     All of the foregoing has worked to hinder Price's counsel's completion and filing the Appellant's Opening Brief by November 21, 2016 and he respectfully asks the Court for fourteen more days to complete the matter.

11.     Furthermore, although the Court's docket clearly identifies Isaacson's appeal as a related appeal, listing both Price and Isaacson as "Interested Parties-Appellants," as of now, the appeals have not been consolidated, nor have they been identified as subject to any coordinated briefing schedule.  However, as both appeals arise from the same judgment entered by the District Court, rely upon the same District Court record, and raise several legal and factual issues that are inextricably intertwined, it would be judicially efficient, in the interest of judicial economy, and otherwise appropriate if the parties, including Price and Isaacson, could coordinate briefing and also collaborate on the record excerpts presented to the Court on appeal.

12.     Extending the due date of Price's Opening Brief to <u>December 5, 2016</u> – the same date on which Isaacson must file his Opening Brief – would permit Price sufficient time to complete and file his Opening Brief and allow Price and Isaacson to coordinate on their briefing and on what docket entries are necessary to be included in the Appendix.

13. This request is not made for purposes of delay and Appellee's consent to Price's request would appear to reflect no prejudice will result to the Appellee if the request is granted.

14. For all of this, Price respectfully seeks an extension until <u>December 5, 2016</u> to file his Opening Brief.

15. Pursuant to 11th Cir. R. 26-1, Price's counsel contacted counsel for the Appellees and confirmed that Appellees' counsel does not oppose this motion.

16. The Rules of Appellate Procedure allow an extension of time under appropriate circumstances. *See* Rule 26(b) (permitting an extension "for good cause") and 11th Cir. R. 31-2(a) (request "must set forth good cause"). The undersigned respectfully submits that the foregoing facts demonstrate the existence of circumstances permitting an extension in this instance.

17. In support hereof, attached is the Declaration of Allen McDonald.

**WHEREFORE**, Price would respectfully ask this Court for an order granting an extension of time up to and including <u>December 5, 2016</u> in which to file his Opening Brief.

Respectfully submitted, this 14th day of November, 2016.

                              */s/ W. Allen McDonald*
                              W. Allen McDonald, Esq.
                              LACY, PRICE, & WAGNER, P.C.
                              249 N. Peters Road, Suite 101

>Knoxville, TN 379234917
>Tel: 865 246 0800

>*Counsel for James H. Price*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically through the Court's Electronic Filing System ("ECF"). Notice of this filing will be

sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt:

Michael S. Hilicki, Esq.
Keogh Law, Ltd.
55 West Monroe Street, Ste. 3390
Chicago, IL 60603

Scott D. Owens
Patrick Christopher Crotty
Scott D. Owens PA
3800 S. Ocean Dr. Ste. 235
Hollywood, FL 33019

Bret L. Lusskin, Jr.
Lusskin Law Office
1001 N. Federal Hwy. Ste. 315
Hallandale Bch, FL 33009

Charles Philip Flick
Shawn Y. Libman
Bowman & Brooke, LLP
2 Alhambra Plz. Ste. 800
Coral Gables, FL 33134

Linda M. Reck
Greenberg Traurig, LLP
450 S. Orange Ave. Ste. 650
Orlando, FL 32801

Michele L. Stocker
Greenberg Traurig, PA
401 E. Las Olas Blvd. Ste. 2000
Fort Lauderdale, FL 33301-4223

Brian Melendez
Dykema Gossett, PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3903

John W. Davis
Law Offices of John W. Davis
501 W. Broadway Ste. 800
San Diego, CA 92101

This 14th day of November, 2016.

/s/ W. Allen McDonald
W. Allen McDonald