NO. 16-16486-E

# In the United States Court of Appeals For the Eleventh Circuit

DAVID S. MURANSKY,
individually and on behalf of all others similarly situated,

Plaintiff – Appellee,

JAMES H. PRICE, ERIC ALAN ISAACSON,

Interested Parties – Appellants,

versus

GODIVA CHOCOLATIER, INC., a New Jersey corporation,

Defendant – Appellee.

**DECLARATION OF WALLACE ALLEN McDONALD**

I, Wallace Allen McDonald, Esquire, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am currently admitted to practice and a member in good standing, in the States of Tennessee and Florida, and in the United States District Courts for the Eastern District of Tennessee and the Southern District of Florida, among

other courts. I am also admitted to practice before the United States Courts of Appeals for the Sixth and Eleventh Circuits, among others.

     3.     I represent the Appellant, James H. Price, in this appeal. I also represented Mr. Price in related proceedings in the United States District Court for the Southern District of Florida.

     4.     I make and submit this declaration in support of the foregoing unopposed motion for extension of time to file brief.

     5.     I have read the foregoing motion and the facts set forth therein are true and correct and I would testify to same if permitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of November, 2016, at Knoxville, Tennessee.

*/s/ Wallace Allen McDonald*
Wallace Allen McDonald

249 N. Peters Road, Suite 101
Knoxville, TN 379234917
Tel: 865-246-0800

*Counsel for James H. Price*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically through the Court's Electronic Filing System ("ECF"). Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt:

Michael S. Hilicki, Esq.
Keogh Law, Ltd.
55 West Monroe Street, Ste. 3390
Chicago, IL 60603

Scott D. Owens
Patrick Christopher Crotty
Scott D. Owens PA
3800 S. Ocean Dr. Ste. 235
Hollywood, FL 33019

Bret L. Lusskin, Jr.
Lusskin Law Office
1001 N. Federal Hwy. Ste. 315
Hallandale Bch, FL 33009

Charles Philip Flick
Shawn Y. Libman
Bowman & Brooke, LLP
2 Alhambra Plz. Ste. 800
Coral Gables, FL 33134

Linda M. Reck
Greenberg Traurig, LLP
450 S. Orange Ave. Ste. 650
Orlando, FL 32801

Michele L. Stocker
Greenberg Traurig, PA
401 E. Las Olas Blvd. Ste. 2000
Fort Lauderdale, FL 33301-4223

Brian Melendez
Dykema Gossett, PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3903

John W. Davis
Law Offices of John W. Davis
501 W. Broadway Ste. 800
San Diego, CA 92101

This 14th day of November, 2016.

/s/ W. Allen McDonald
W. Allen McDonald