# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JAMES H. PRICE,

    Appellant,

  v.

GODIVA CHOCOLATIER, INC. et al,

    Appellees,

On Appeal from the United States District Court
For the Southern District of Florida
Case No. 15-CV-60716-WPD

## RESPONSE TO CERTIFICATES OF INTERESTED PERSONS
## FILED BY APPELLANTS PRICE AND ISAACSON

Plaintiff-Appellee, David S. Muransky, by and though his undersigned counsel, pursuant to 11th Cir. R. 26.1-1(a)(3), files this Notice acknowledging that the Certificates of Interested Persons filed by Appellant James H. Price and Eric Allen Isaacson are believed to be correct and complete.

                              Respectfully submitted,
                              **SCOTT D. OWENS, P.A.**
                              3800 S. Ocean Dr., Ste. 235
                              Hollywood, FL 33019
                              Tel: 954-589-0588
                              Fax: 954-337-0666
                              scott@scottdowens.com

By: s/ Scott D. Owens
Scott D. Owens, Esq.

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on November 18, 2016 on all counsel of record or pro se parties via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Scott D. Owens
Scott D. Owens, Esq.
Florida Bar 0597651
scott@scottdowens.com